NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**RENO DIVISION**

| | |
|---|---|
| JOSEPH LUCERO, | Case No: 3:19-cv-00057-LRH-WGC |
|     Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| ANDREW SAUL, Commissioner of Social Security, | **(First Request)** |
|     Defendant. | |

    Defendant Andrew Saul, Commissioner of Social Security, hereby requests an extension of time of thirty days, from July 10, 2019, to August 9, 2019, to prepare and file his cross motion to affirm. This is the Commissioner's first request for an extension. Defendant respectfully requests this extension of time because of a very heavy workload, including over ninety (90) active cases in district court.

    On July 8, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

-1-

|     |                        |     |                                                      |
| --- | ---------------------- | --- | ---------------------------------------------------- |
|     |                        |     | Respectfully submitted,                              |
|     | Date: July 9, 2019     |     | Osterhout Berger Disability Law, LLC                 |
|     |                        | By: | /s/ Erik W. Berger*                                  |
|     |                        |     | Erik W. Berger                                       |
|     |                        |     | (* *By email authorization*)                         |
|     |                        |     | Attorney for Plaintiff                               |
|     | Date: July 9, 2019     |     | NICHOLAS A. TRUTANICH                                |
|     |                        |     | United States Attorney                               |
|     |                        | By: | /s/ Michael K. Marriott                              |
|     |                        |     | MICHAEL K. MARRIOTT                                  |
|     |                        |     | Assistant Regional Counsel                           |
|     |                        |     | Attorneys for Defendant                              |

IT IS SO ORDERED.

DATE: July 9, 2019

*William G. Cobb*

HONORABLE WILLIAM G. COBB
United States Magistrate Judge