# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH LUCERO,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Acting Commissioner of<br>Social Security Administration,<br><br>    Defendant. | Case No.: 3:19-cv-00057-WGC<br><br>**Order**<br><br>Re: ECF No. 25 |

The Report and Recommendation entered at ECF No. 25 is **VACATED** in light of the parties' consent and referral of this case to the undersigned for all purposes. Concurrent to this Order, the court will enter an order consistent with the report and recommendation.

**IT IS SO ORDERED**.

Dated: January 23, 2020.

William G. Cobb
United States Magistrate Judge