IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH LUCERO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ANDREW SAUL, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 3:19-cv-00057-   -WGC <br><br> ORDER GRANTING <br> STIPULATION FOR ATTORNEY <br> UNDER THE EAJA |

It is hereby ORDERED that the Joint Stipulation for EAJA Fees (Docket No. 32) is GRANTED and Plaintiff is awarded $5,500.00 in attorney's fees. *Astrue vs. Ratliff*, 130 S. Ct. 2521, 2524 (2010), directs that the check should be made payable to Plaintiff and mailed to Plaintiff's Counsel.

Date: March 30, 2020

_____
HONORABLE WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE